UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REGINALD C. MORGAN, JR.**                                **CIVIL ACTION**

**VERSUS**                                                         **NO.04-2766**

**CHET MORRISON CONTRACTORS, INC.**                  **SECTION "K" (1)**

## ORDER

Before the Court is plaintiff's Motion to Sever (Rec. Doc. No. 36). The Court has been informed that defendant has agreed to reinstate plaintiff's maintenance and to pay for cure.

Accordingly,

**IT IS ORDERED THAT** plaintiff's Motion to Sever (Rec. Doc. No. 36) is hereby **DENIED as MOOT**.

New Orleans, Louisiana, this __13th__ day of June, 2006.

                                                    **STANWOOD R. DUVAL, JR.**
                                   **UNITED STATES DISTRICT COURT JUDGE**